

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In Re: Titus County, Texas

No. 06-13-00050-CV

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. We instruct the trial court to vacate its May 10, 2013, order granting the motion to quash the deposition notice of William Priefert. The writ will issue only if the trial court fails to comply within fourteen days.

RENDERED AUGUST 28, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk